Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

           Case No.: 17−20600−ABA
           Chapter: 13
           Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Thomas P Linn                                        Carol L Linn
   1904 Bessie Way                             aka Carol L. Torres
   Millville, NJ 08332                           1904 Bessie Way
                                                          Millville, NJ 08332

Social Security No.:
   xxx−xx−4504                                    xxx−xx−2146

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:              May 17, 2022
Time:             10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*52* − Certification in Opposition to Creditors Cert of Default (related document:47 Order Resolving Motion For Relief From Stay re: 1904 Bessie Way, Millville, NJ 08332 (Related Doc 45). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/3/2020. (bc)) filed by Robert J. Campbell on behalf of Carol L Linn, Thomas P Linn. (Attachments: # 1 Certificate of Service) (Campbell, Robert)

and transact such other business as may properly come before the meeting.


Dated: April 26, 2022
JAN: kaj

                                                                                        Jeanne Naughton
                                                                                       Clerk