Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−20600−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Thomas P Linn
1904 Bessie Way
Millville, NJ 08332

Carol L Linn
aka Carol L. Torres
1904 Bessie Way
Millville, NJ 08332

Social Security No.:
xxx−xx−4504                                      xxx−xx−2146

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 28, 2017.

On 7/22/2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                September 14, 2022
Time:                09:00 AM
Location:            Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: July 25, 2022
JAN: kaj

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-20600-ABA |
| Thomas P Linn | Chapter 13 |
| Carol L Linn | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 25, 2022 | Form ID: 185 | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^       Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas P Linn, Carol L Linn, 1904 Bessie Way, Millville, NJ 08332-1778 |
| 516842984 | + | AC Collections, Inc., 602 Little Gloucester Rd, Suite 2, 3, Blackwood, NJ 08012-5213 |
| 517063904 | + | Fairleigh Dickinson University, Credit and Collections, 1000 River Road, T FH2 04, Teaneck, NJ 07666-1938 |
| 517077692 | + | Finance of America East, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 516842995 | + | Gumps Electric Inc, 601 B North Orchard Road, Vineland, NJ 08360-2605 |
| 516842996 | + | Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 516842997 | + | Immediate credit recover, 169 Myers Corners Rdste 110, Wappingers Falls, NY 12590-3868 |
| 516842998 | | Loancare, PO Box 37628, Philadelphia, PA 19101-0628 |
| 518438220 | + | MidFirst Bank, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 516843001 | | Relievus, PO Box 7776, Lancaster, PA 17604-7776 |
| 516843002 | | Security Credit Systems, Inc., PO Box 846, Buffalo, NY 14240-0846 |
| 516843003 | + | Sleepys, 10201 South Main St, Houston, TX 77025-5229 |
| 516843004 | | South Jersey Gas Company, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 516843008 | + | TD RCS/Littmans, 1000 Macarthur Blvd., Mahwah, NJ 07430-2035 |
| 516843010 | | Victoria Secrets, PO Box 65978, San Antonio, TX 78265 |
| 516843012 | + | Watts Plastic Surgery Association, Inc., 1051 W. Sherman Avenue, Building 2, Suite A, Vineland, NJ 08360-6931 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 25 2022 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 25 2022 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516865258 | | Email/Text: bankruptcy@pepcoholdings.com | Jul 25 2022 20:44:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 516842985 | + | Email/Text: bankruptcy@pepcoholdings.com | Jul 25 2022 20:44:00 | Atlantic Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 516842986 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2022 20:49:15 | Best Buy/CBNA, P.O. Box 9001007, Louisville, KY 40290-1007 |
| 516867225 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 25 2022 20:44:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 516842989 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 25 2022 20:44:00 | Citizens One Auto Finance, ROP18P, PO BOX 42002, Providence, RI 02900-2002 |
| 516842987 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2022 20:49:24 | Capital One Bank, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 516842988 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Jul 25 2022 20:49:04 | Capital One Bank, USA N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516842990 | + | Email/Text: tracey.gregoire@millvillenj.gov | Jul 25 2022 20:45:00 | City of Millville Utility Dept, 12 South High St., Millville, NJ 08332-4244 |
| 516842991 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 25 2022 20:44:00 | Comenity Bank/VCTRSSET, PO Box 182789, Columbus, OH 43218-2789 |
| 516842992 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 25 2022 20:44:00 | Comenity Capital Bank/BOSC, PO Box 182120, Columbus, OH 43218-2120 |
| 516842993 | ^ | MEBN | Jul 25 2022 20:41:10 | Debt Recovery Solutions, 6800 Jericho Turnpike, Suite 113E, Syosset, NY 11791-4401 |
| 516963364 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 25 2022 20:44:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 516842994 | | Email/Text: bknotice@ercbpo.com | Jul 25 2022 20:45:00 | Enhanced Recovery Company, LLC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 516961796 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 25 2022 20:49:34 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 516842999 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 25 2022 20:49:02 | Merrick Bank, PO Box 1500, Draper, UT 84020-1127 |
| 517787672 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 25 2022 20:49:23 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 517787671 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 25 2022 20:49:02 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 517047732 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 25 2022 20:45:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516866643 | | Email/PDF: cbp@onemainfinancial.com | Jul 25 2022 20:49:32 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 516843000 | + | Email/PDF: cbp@onemainfinancial.com | Jul 25 2022 20:49:34 | One Main Financial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 517231050 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 25 2022 20:49:05 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 517231051 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 25 2022 20:49:05 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 517074600 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 25 2022 20:49:06 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517053279 | | Email/Text: bnc-quantum@quantum3group.com | Jul 25 2022 20:44:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516843005 | + | Email/Text: bankruptcy@sw-credit.com | Jul 25 2022 20:45:00 | SW Credit Systems, L.P., 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 519665231 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 25 2022 20:49:23 | Secretary of Housing and Urban Development, 461 Seventh St SW, Washington, DC 20410-0001 |
| 516846971 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 25 2022 20:49:05 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516843006 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 25 2022 20:49:05 | Synchrony Bank/ Toys R Us, PO Box 530939, Atlanta, GA 30353-0939 |
| 516843007 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 25 2022 20:49:24 | Synchrony Bank/Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 516981560 | + | Email/Text: tdebn@credbankserv.com | Jul 25 2022 20:44:00 | TD Retail Card Services, c/o Creditors Bankruptcy |

| | | | | |
|---|---|---|---|---|
| | | | | Service, P O Box 800849, Dallas, TX 75380-0849 |
| 516843009 | + | Email/Text: edbknotices@ecmc.org | Jul 25 2022 20:44:00 | U.S. Dept. of Education, PO Box 5227, Greenville, TX 75403-5227 |
| 516843011 | | Email/PDF: gecsedi@recoverycorp.com | Jul 25 2022 20:49:24 | Walmart Store Card, P.O. Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 27, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor MidFirst Bank kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Melissa S DiCerbo | on behalf of Creditor Finance of America East nj-ecfmail@mwc-law.com  nj-ecfmail@ecf.courtdrive.com |
| Robert J. Campbell | on behalf of Debtor Thomas P Linn robertcampbell2@comcast.net  robertcampbell@comcast.net |
| Robert J. Campbell | on behalf of Joint Debtor Carol L Linn robertcampbell2@comcast.net  robertcampbell@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8