Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−20600−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Thomas P Linn
1904 Bessie Way
Millville, NJ 08332

Carol L Linn
aka Carol L. Torres
1904 Bessie Way
Millville, NJ 08332

Social Security No.:
    xxx−xx−4504                               xxx−xx−2146

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 14, 2022.

Dated: September 14, 2022
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 17-20600-ABA

Thomas P Linn                                                                                Chapter 13

Carol L Linn

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 3
Date Rcvd: Sep 14, 2022        Form ID: plncf13        Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas P Linn, Carol L Linn, 1904 Bessie Way, Millville, NJ 08332-1778 |
| 516842984 | + | AC Collections, Inc., 602 Little Gloucester Rd, Suite 2, 3, Blackwood, NJ 08012-5213 |
| 517063904 | + | Fairleigh Dickinson University, Credit and Collections, 1000 River Road, T FH2 04, Teaneck, NJ 07666-1938 |
| 517077692 | + | Finance of America East, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 516842995 | + | Gumps Electric Inc, 601 B North Orchard Road, Vineland, NJ 08360-2605 |
| 516842996 | + | Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 516842997 | + | Immediate Credit Recovery, PO Box 1900, Wappngers Falls, NY 12590-8900 |
| 516842998 | | Loancare, PO Box 37628, Philadelphia, PA 19101-0628 |
| 518438220 | + | MidFirst Bank, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 516843001 | | Relievus, PO Box 7776, Lancaster, PA 17604-7776 |
| 516843002 | + | Security Credit Systems Inc, 100 River Rock Drive, Suite 200, Buffalo, NY 14207-2163 |
| 516843003 | + | Sleepys, 10201 South Main St, Houston, TX 77025-5229 |
| 516843004 | | South Jersey Gas Company, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 516843008 | + | TD RCS/Littmans, 1000 Macarthur Blvd., Mahwah, NJ 07430-2035 |
| 516843010 | | Victoria Secrets, PO Box 65978, San Antonio, TX 78265 |
| 516843012 | + | Watts Plastic Surgery Association, Inc., 1051 W. Sherman Avenue, Building 2, Suite A, Vineland, NJ 08360-6931 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 14 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 14 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516865258 | | Email/Text: bankruptcy@pepcoholdings.com | Sep 14 2022 20:41:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 516842985 | + | Email/Text: bankruptcy@pepcoholdings.com | Sep 14 2022 20:41:00 | Atlantic Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 516842986 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 14 2022 20:49:57 | Best Buy/CBNA, P.O. Box 9001007, Louisville, KY 40290-1007 |
| 516867225 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 14 2022 20:40:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 516842989 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 14 2022 20:40:00 | Citizens One Auto Finance, ROP18P, PO BOX 42002, Providence, RI 02900-2002 |
| 516842987 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 14 2022 20:49:51 | Capital One Bank, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 516842988 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

Case 17-20600-ABA    Doc 80    Filed 09/16/22    Entered 09/17/22 00:15:59    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 14, 2022 | Form ID: plncf13 | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| | | | Sep 14 2022 20:49:25 | Capital One Bank, USA N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516842990 | + | Email/Text: tracey.gregoire@millvillenj.gov | Sep 14 2022 20:41:00 | City of Millville Utility Dept, 12 South High St., Millville, NJ 08332-4244 |
| 516842991 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 14 2022 20:41:00 | Comenity Bank/VCTRSSET, PO Box 182789, Columbus, OH 43218-2789 |
| 516842992 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 14 2022 20:41:00 | Comenity Capital Bank/BOSC, PO Box 182120, Columbus, OH 43218-2120 |
| 516842993 | ^ | MEBN | Sep 14 2022 20:36:41 | Debt Recovery Solutions, 6800 Jericho Turnpike, Suite 113E, Syosset, NY 11791-4401 |
| 516963364 | | Email/Text: ECMCBKNotices@ecmc.org | Sep 14 2022 20:41:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 516842994 | | Email/Text: bknotice@ercbpo.com | Sep 14 2022 20:41:00 | Enhanced Recovery Company, LLC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 516961796 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 14 2022 20:49:26 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 516842999 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 14 2022 20:49:26 | Merrick Bank, PO Box 1500, Draper, UT 84020-1127 |
| 517787672 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 14 2022 20:49:25 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 517787671 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 14 2022 20:49:37 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 517047732 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 14 2022 20:41:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516866643 | | Email/PDF: cbp@onemainfinancial.com | Sep 14 2022 20:49:38 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 516843000 | + | Email/PDF: cbp@onemainfinancial.com | Sep 14 2022 20:49:38 | One Main Financial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 517231050 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 14 2022 20:49:41 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 517231051 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 14 2022 20:49:55 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 517074600 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 14 2022 20:49:54 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517053279 | | Email/Text: bnc-quantum@quantum3group.com | Sep 14 2022 20:41:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516843005 | + | Email/Text: bankruptcy@sw-credit.com | Sep 14 2022 20:41:00 | SW Credit Systems, L.P., 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 519665231 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Sep 14 2022 20:49:24 | Secretary of Housing and Urban Development, 461 Seventh St SW, Washington, DC 20410-0001 |
| 516846971 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 14 2022 20:49:39 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516843006 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 14 2022 20:49:53 | Synchrony Bank/ Toys R Us, PO Box 530939, Atlanta, GA 30353-0939 |
| 516843007 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 14 2022 20:49:39 | Synchrony Bank/Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 516981560 | + | Email/Text: tdebn@credbankserv.com | Sep 14 2022 20:40:00 | TD Retail Card Services, c/o Creditors Bankruptcy |

| | | | |
|---|---|---|---|
| | | | Service, P O Box 800849, Dallas, TX 75380-0849 |
| 516843009 | + Email/Text: edbknotices@ecmc.org | Sep 14 2022 20:40:00 | U.S. Dept. of Education, PO Box 5227, Greenville, TX 75403-5227 |
| 516843011 | Email/PDF: gecsedi@recoverycorp.com | Sep 14 2022 20:49:52 | Walmart Store Card, P.O. Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 16, 2022              Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor MidFirst Bank kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Melissa S DiCerbo | on behalf of Creditor Finance of America East nj-ecfmail@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Robert J. Campbell | on behalf of Debtor Thomas P Linn robertcampbell2@comcast.net robertcampbell@comcast.net |
| Robert J. Campbell | on behalf of Joint Debtor Carol L Linn robertcampbell2@comcast.net robertcampbell@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8