| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Thomas P Linn<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4504<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Carol L Linn<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2146<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  17–20600–ABA | | |

## Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Thomas P Linn

Carol L Linn
aka Carol L. Torres

11/4/22

**By the court:** Andrew B. Altenburg Jr.
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Thomas P Linn  
Carol L Linn  
    Debtors

Case No. 17-20600-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Nov 04, 2022      Form ID: 3180W      Total Noticed: 50

The following symbols are used throughout this certificate:

**Symbol    Definition**

**+**    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**^**    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas P Linn, Carol L Linn, 1904 Bessie Way, Millville, NJ 08332-1778 |
| 516842984 | + | AC Collections, Inc., 602 Little Gloucester Rd, Suite 2, 3, Blackwood, NJ 08012-5213 |
| 517063904 | + | Fairleigh Dickinson University, Credit and Collections, 1000 River Road, T FH2 04, Teaneck, NJ 07666-1938 |
| 517077692 | + | Finance of America East, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 516842995 | + | Gumps Electric Inc, 601 B North Orchard Road, Vineland, NJ 08360-2605 |
| 516842996 | + | Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 516842997 | + | Immediate Credit Recovery, PO Box 1900, Wappngers Falls, NY 12590-8900 |
| 516842998 | | Loancare, PO Box 37628, Philadelphia, PA 19101-0628 |
| 518438220 | + | MidFirst Bank, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 516843001 | | Relievus, PO Box 7776, Lancaster, PA 17604-7776 |
| 516843002 | + | Security Credit Systems Inc, 100 River Rock Drive, Suite 200, Buffalo, NY 14207-2163 |
| 516843003 | + | Sleepys, 10201 South Main St, Houston, TX 77025-5229 |
| 516843004 | | South Jersey Gas Company, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 516843008 | + | TD RCS/Littmans, 1000 Macarthur Blvd., Mahwah, NJ 07430-2035 |
| 516843010 | | Victoria Secrets, PO Box 65978, San Antonio, TX 78265 |
| 516843012 | + | Watts Plastic Surgery Association, Inc., 1051 W. Sherman Avenue, Building 2, Suite A, Vineland, NJ 08360-6931 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 04 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 04 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516865258 | | Email/Text: bankruptcy@pepcoholdings.com | Nov 04 2022 20:40:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 516842985 | + | Email/Text: bankruptcy@pepcoholdings.com | Nov 04 2022 20:40:00 | Atlantic Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 516842986 | | EDI: CITICORP.COM | Nov 05 2022 00:33:00 | Best Buy/CBNA, P.O. Box 9001007, Louisville, KY 40290-1007 |
| 516867225 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 04 2022 20:40:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 516842989 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 04 2022 20:40:00 | Citizens One Auto Finance, ROP18P, PO BOX 42002, Providence, RI 02900-2002 |
| 516842987 | + | EDI: CAPITALONE.COM | Nov 05 2022 00:33:00 | Capital One Bank, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 516842988 | + | EDI: CAPITALONE.COM | | |

Case 17-20600-ABA    Doc 90    Filed 11/06/22    Entered 11/06/22 23:14:02    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 04, 2022 | Form ID: 3180W | Total Noticed: 50 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 05 2022 00:33:00 | Capital One Bank, USA N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516842990 | + | Email/Text: tracey.gregoire@millvillenj.gov | Nov 04 2022 20:40:55 | City of Millville Utility Dept, 12 South High St., Millville, NJ 08332-4244 |
| 516842991 | | EDI: WFNNB.COM | Nov 05 2022 00:33:00 | Comenity Bank/VCTRSSET, PO Box 182789, Columbus, OH 43218-2789 |
| 516842992 | + | EDI: WFNNB.COM | Nov 05 2022 00:33:00 | Comenity Capital Bank/BOSC, PO Box 182120, Columbus, OH 43218-2120 |
| 516842993 | ^ | MEBN | Nov 04 2022 20:37:33 | Debt Recovery Solutions, 6800 Jericho Turnpike, Suite 113E, Syosset, NY 11791-4401 |
| 516963364 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 04 2022 20:40:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 516842994 | | Email/Text: bknotice@ercbpo.com | Nov 04 2022 20:40:00 | Enhanced Recovery Company, LLC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 516961796 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 04 2022 20:51:10 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 516842999 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 04 2022 20:51:09 | Merrick Bank, PO Box 1500, Draper, UT 84020-1127 |
| 517787672 | + | EDI: AISMIDFIRST | Nov 05 2022 00:33:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 517787671 | + | EDI: AISMIDFIRST | Nov 05 2022 00:33:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 517047732 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 04 2022 20:40:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516866643 | | EDI: AGFINANCE.COM | Nov 05 2022 00:33:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 516843000 | + | EDI: AGFINANCE.COM | Nov 05 2022 00:33:00 | One Main Financial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 517231050 | | EDI: PRA.COM | Nov 05 2022 00:33:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 517231051 | | EDI: PRA.COM | Nov 05 2022 00:33:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 517074600 | | EDI: PRA.COM | Nov 05 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517053279 | | EDI: Q3G.COM | Nov 05 2022 00:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516843005 | + | Email/Text: bankruptcy@sw-credit.com | Nov 04 2022 20:40:00 | SW Credit Systems, L.P., 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 519665231 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Nov 04 2022 20:50:27 | Secretary of Housing and Urban Development, 461 Seventh St SW, Washington, DC 20410-0001 |
| 516846971 | + | EDI: RMSC.COM | Nov 05 2022 00:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516843006 | + | EDI: RMSC.COM | Nov 05 2022 00:33:00 | Synchrony Bank/ Toys R Us, PO Box 530939, Atlanta, GA 30353-0939 |
| 516843007 | + | EDI: RMSC.COM | Nov 05 2022 00:33:00 | Synchrony Bank/Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 516981560 | + | EDI: CBSTDR | Nov 05 2022 00:33:00 | TD Retail Card Services, c/o Creditors Bankruptcy |

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Nov 04, 2022 | Form ID: 3180W | Total Noticed: 50

| | | | | |
|---|---|---|---|---|
| | | | | Service, P O Box 800849, Dallas, TX 75380-0849 |
| 516843009 | + | Email/Text: edbknotices@ecmc.org | Nov 04 2022 20:40:00 | U.S. Dept. of Education, PO Box 5227, Greenville, TX 75403-5227 |
| 516843011 | | EDI: RMSC.COM | Nov 05 2022 00:33:00 | Walmart Store Card, P.O. Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 06, 2022         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor MidFirst Bank kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Melissa S DiCerbo | on behalf of Creditor Finance of America East nj-ecfmail@mwc-law.com  nj-ecfmail@ecf.courtdrive.com |
| Robert J. Campbell | on behalf of Debtor Thomas P Linn robertcampbell2@comcast.net  robertcampbell@comcast.net |
| Robert J. Campbell | on behalf of Joint Debtor Carol L Linn robertcampbell2@comcast.net  robertcampbell@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8